No. 185. REUTER ET AL. *v.* WISCONSIN EX REL. DEPARTMENT OF AGRICULTURE. 

 October 13, 1941. *Per Curiam:* The motion for leave to file statement of jurisdiction is granted. The motion to dismiss is also granted, and the appeal is dismissed for want of a substantial federal question. (1) *Highland Farms Dairy* v. *Agnew,* 300 U. S. 608, 612; (2) *Nebbia* v. *New York,* 291 U. S. 502; *Borden's Co.* v. *Ten Eyck,* 297 U. S. 251; *United States* v. *Rock Royal Co-op.,* 307 U. S. 533, 562–71; *Central Lumber Co.* v. *South Dakota,* 226 U. S. 157. *Messrs. Morris Karon* and *Walter D. Corrigan, Sr.* for appellants. *Mr. Fred M. Wylie* for appellee. 